IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS R. YOUNG & <br> NIA K. YOUNG, <br><br>    Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br>    Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> )    No: 1:06cv00582 (HHK) <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Vozne as attorney for the defendant in the above-captioned proceeding.

DATED: June 5, 2006.

                                             Respectfully submitted,

                                             /s/ Jennifer L. Vozne
                                             JENNIFER L. VOZNE
                                             Trial Attorney, Tax Division
                                             U.S. Department of Justice
                                             P.O. Box 227
                                             Ben Franklin Station
                                             Washington, DC 20044
                                             Phone/Fax: (202) 307-6555/514-6866
                                             Email: Jennifer.L.Vozne@usdoj.gov

OF COUNSEL:
KENNETH L. WAINSTEIN
United States Attorney

1745511.1

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing NOTICE OF APPEARANCE was served upon the following individual(s) on June 5, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

>Thomas R. Young
>Nia K. Young
>*Plaintiffs pro se*
>611 Kings Mountain Dr.
>Longview, TX 75601

>　　　/s/ Jennifer L. Vozne　　
>JENNIFER L. VOZNE

1745511.1