UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS R. YOUNG, et al.,<br><br>        Plaintiffs,<br><br>        v.<br><br>UNITED STATES,<br><br>        Defendant. | Civil Action 06-00582 (HHK) |

ORDER DIRECTING PLAINTIFFS TO RESPOND TO
DEFENDANT'S DISPOSITIVE MOTION

    This matter comes before the court upon defendant's motion to dismiss [#5], filed June 5, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Failure to respond to the defendant's motion to dismiss may result in the court granting that motion as conceded, thereby possibly resolving the entire case in favor of defendant.

    Accordingly, it is by the court this 8th day of June, 2006,

    **ORDERED** that plaintiffs file their opposition to defendant's motion on or before July 7, 2006. If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant. *See* LCvR 7(b).

                                                             Henry H. Kennedy, Jr.
                                                           United States District Judge