UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS R. YOUNG, et al.,<br><br>           Plaintiffs,<br><br>           v.<br><br>UNITED STATES,<br><br>           Defendant. | Civil Action 06-00582 (HHK) |

**O R D E R**

Presently before the court is the motion of the United States, defendant, to dismiss for failure to properly serve the defendant and for failure to exhaust administrative remedies. Plaintiff has filed an amended complaint, thus rendering moot the motion to dismiss. Accordingly, it is this 11th day of September, 2006, hereby

**ORDERED** that the motion of the United States to dismiss the complaint (#5) is **DENIED** as moot.

                                                          Henry H. Kennedy, Jr.
                                                          United States District Judge