09/18/2006 11:32 FAX 2028181818   TAXCIS EASTERN   ⌀003/020



IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS R. YOUNG & <br> NIA K. YOUNG, <br><br> Plaintiffs, <br><br> v. <br><br> UNITED STATES, <br><br> Defendant. | ) <br> ) <br> ) <br> ) <br> ) <br> ) No: 1:06cv00582 (HHK) <br> ) <br> ) <br> ) <br> ) <br> ) |

## DECLARATION OF TIM MALLARD

I, Tim Mallard, pursuant to 28 U.S.C. § 1746, do hereby declare as follows:

1. I am currently employed by the Internal Revenue Service ("Service") as a revenue officer advisor/reviewer in the Technical Services office in Farmers Branch, Texas.

2. In my capacity as revenue officer advisor/reviewer, I am familiar with the requirements set forth in 26 C.F.R. § 301.7433-1(e), describing what must be included in an administrative claim for damages and where such claim must be sent. I am responsible for recording receipt, by this office and the Technical Services office in Dallas, Texas, of administrative claims for damages under 26 U.S.C. § 7433.

3. I reviewed the Service's records, as maintained by the Technical Services offices in Farmers Branch and Dallas, Texas, to determine whether Thomas R. Young or Nia K. Young filed an administrative claim for damages under 26 U.S.C. § 7433.

1917637.1

SEP-18-2006 13:25   SBSE AREA 10 COLL DALLAS   972 308 1022   P.02

4. On August 24, 2006, the Internal Revenue Service's technical services office in Farmers Branch, Texas received a document purporting to be a "Verified Administrative Claim for Damages" under 26 C.F.R. §301.7433-1. A true and correct copy of the purported claim is attached to this declaration as exhibit 101.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 18, 2006.

*[signature]*
TIM MALLARD
Revenue Officer Advisor/Reviewer
Internal Revenue Service
Farmers Branch, Texas