UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

THOMAS R. YOUNG, et al.,

          Plaintiffs,

    v.                          Civil Action 06-00582 (HHK)

UNITED STATES,

          Defendant.

ORDER DIRECTING PLAINTIFFS TO RESPOND
TO DEFENDANT'S MOTION TO DISMISS

This matter comes before the court upon defendant's motion to dismiss plaintiffs' amended complaint [#13], filed September 18, 2006. In *Fox v. Strickland*, 837 F.2d 507 (D.C. Cir. 1988), the D.C. Circuit held that a district court must take pains to advise a *pro se* party of the consequences of failing to respond to a dispositive motion. "That notice ... should include an explanation that the failure to respond ... may result in the district court granting the motion and dismissing the case." *Id.* at 509. Plaintiffs are also referred to Local Rule 7(b) which provides that a party has 11 days within which to respond to a motion. Otherwise, under certain circumstances, the court may treat the motion as conceded.

Accordingly, it is by the court this 19th day of September, 2006,

**ORDERED** that plaintiffs file their opposition to defendant's motion on or before October 13, 2006. If plaintiffs fail to file a response or opposition to defendant's motion by this deadline, the court may enter judgment in favor of defendant.

                                          Henry H. Kennedy, Jr.
                                          United States District Judge