IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

| | |
|---|---|
| THOMAS R. YOUNG<br>    and<br>NIA K. YOUNG,<br><br>        Plaintiffs,<br><br>    v.<br><br>UNITED STATES,<br><br>        Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)    Case No. 1:06-cv-00582 (HHK) |

### ENTRY OF APPEARANCE

Please enter the appearance of Charles H. Keen in substitution for Jennifer L. Vozne in the above-referenced case.

DATE: February 23, 2007

                                              Respectfully submitted,

                                              /s/ Charles H. Keen
                                              CHARLES H. KEEN
                                              Trial Attorney, Tax Division
                                              U.S. Department of Justice
                                              Post Office Box 227
                                              Washington, DC  20044
                                              Phone/Fax:  (202) 307-6536/514-6866
                                              Email: Charles.H.Keen@usdoj.gov

OF COUNSEL:
JEFFREY A. TAYLOR
United States Attorney

## CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing UNITED STATES' ENTRY OF APPEARANCE was caused to be served upon plaintiffs *pro se* on February 23, 2007 copy in the United States' mail, postage prepaid, addressed as follows:

>Thomas R. Young
>Nia K. Young
>*Plaintiffs Pro Se*
>611 Kings Mountain Drive
>Longview, TX 75601


/s/ Charles H. Keen
CHARLES H. KEEN

2154578.1