UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **THOMAS R. YOUNG, et al.,**<br><br>                **Plaintiffs,**<br><br>        v.<br><br>**UNITED STATES,**<br><br>                **Defendant.** | Civil Action 06-00582 (HHK) |

### ORDER OF DISMISSAL

Before the court is the United States' motion to dismiss for lack of jurisdiction or, in the alternative, for failure to state a claim upon which relief can be granted. Upon consideration of the motion, the opposition thereto, and the record of this case, the court concludes that plaintiffs have failed to exhaust their administrative remedies and therefore have failed to state a claim upon which relief can be granted. *See Turner v. United States*, 429 F. Supp. 2d 149 (D.D.C. 2006) (exhaustion requirement of 26 U.S.C. § 7433(d)(1) is nonjurisdictional). Accordingly, it is this 27th day of February, 2007, hereby

    **ORDERED** that the motion to dismiss [#13] is **GRANTED**; and it is further

    **ORDERED** that plaintiffs' amended complaint is **DISMISSED**.


                                          Henry H. Kennedy, Jr.
                                          United States District Judge